IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Jose Luis Hernandez-Constantino,<br><br>    Defendant. | CR 07-40-PHX-FJM<br>CV-07-2427-PHX-FJM<br><br>**ORDER** |

    The court has before it Constantino's "Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody under 28 U.S.C. § 2255" (doc. 16), and the government's "Response" (doc. 23). No reply has been received. Also before the court is the "Report and Recommendation" of the United States Magistrate Judge (doc. 24), to which no objections have been filed under Rule 8(b), Rules Governing § 2255 Proceedings.

    We agree with the United States Magistrate Judge that Constantino waived his right to collaterally attack his sentence as long as the sentence was consistent with the plea agreement. Here, the sentence was consistent with the plea agreement. Moreover, there is no claim here that his waiver was the result of denial of effective assistance of counsel. We also agree with the United States Magistrate Judge that there is no showing that defense counsel's representation fell below the applicable standard. Nor is there any showing that the defendant was prejudiced. As the sentencing judge, I independently concluded that his

1  sentence was reasonable. Accordingly, we accept the recommendation of the magistrate
2  judge under Rule 8(b), Rules Governing § 2255 Proceedings and therefore IT IS ORDERED
3  DENYING Constantino's "Motion to Vacate, Set Aside or Correct Sentence by a Person in
4  Federal Custody under 28 U.S.C. § 2255" (doc. 16), and dismissing the civil action opened
5  in connection with this motion (CV-07-2427-PHX-FJM).
      DATED this 21st day of May, 2008.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge